## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Felix Rodriguez

              Plaintiff,

v.                                     Case No.: 1:25–cv–00633
                                     Honorable Charles P. Kocoras

Cresco Labs, Inc., et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Defendants filed an amended motion to dismiss [7]. Defendant's motion to dismiss [6] is denied as moot. Defendants motion to dismiss [7] is entered and briefed as follows: response is due by 2/17/2025; reply is due by 3/3/2025. Court will rule by mail. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.