**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FELIX RODRIGUEZ, individually and on behalf of all others similarly situated, *Plaintiff*, v. CRESCO LABS, INC.; CRESCO LABS, LLC; CRESCO U.S. CORP.; CRESCO EDIBLES, LLC; TSC CRESCO, LLC; CRESCO LABS JOLIET, LLC; CRESCO LABS KANKAKEE, LLC; CRESCO LABS LOGAN, LLC; CRESCO LABS NOTES ISSUER, LLC, *Defendants*. | Case No.: 1:25-cv-00633 Judge: Hon. Charles P. Kocoras Magistrate: Hon. Beth W. Jantz |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S**
**FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants Cresco Labs, Inc.; Cresco Labs, LLC; Cresco U.S. Corp.; Cresco Edibles, LLC; TSC Cresco, LLC; Cresco Labs Joliet, LLC; Cresco Labs Kankakee, LLC; Cresco Labs Logan, LLC; and Cresco Labs Notes Issuer, LLC (collectively, "Defendants" or "Cresco"), by and through their undersigned counsel, hereby move this Court to dismiss Plaintiff's First Amended Class Action Complaint under Federal Rules of Civil Procedure 12(b)(6) and for the reasons set forth in the Memorandum in Support of this motion, filed contemporaneously herewith.

| | |
|---|---|
| Dated: February 3, 2026 Chicago, Illinois | Respectfully submitted, By: */s/ Sean H. Suber* William C. O'Neil Sean H. Suber Kelly Mannion Ellis Savannah L. Murin Tyree Petty-Williams **WINSTON & STRAWN LLP** 35 W. Wacker Drive |

-1-

Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
woneil@winston.com
ssuber@winston.com
kmannion@winston.com
smurin@winston.com
tpettywilliams@winston.com

*Counsel for Defendants Cresco Labs, Inc.; Cresco Labs, LLC; Cresco U.S. Corp.; Cresco Edibles, LLC; TSC Cresco, LLC; Cresco Labs Joliet, LLC; Cresco Labs Kankakee, LLC; Cresco Labs Logan, LLC; and Cresco Labs Notes Issuer, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Laura Luisi
Jamie Holz
**LUISI HOLZ LAW**
LuisiL@luisiholzlaw.com
HolzJ@luisiholzlaw.com
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
Tel: (312) 639-4478
Firm ID: 101603

James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
Teresa M. Becvar
Justin M. Caparco
**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
312.233.1550
312.233.1560
Firm ID: 43734
jzouras@stephanzouras.com
rstephan@stephanzouras.com
aceragioli@stephanzouras.com
tbecvar@stephanzouras.com
jcaparco@stephanzouras.com

/s/ *Sean H. Suber*
Sean H. Suber

*An Attorney for Defendants*
*Cresco Labs, Inc.; Cresco Labs, LLC;*
*Cresco U.S. Corp.; Cresco Edibles, LLC;*
*TSC Cresco, LLC; Cresco Labs Joliet, LLC;*
*Cresco Labs Kankakee, LLC; Cresco Labs*
*Logan, LLC; and Cresco Labs Notes Issuer,*
*LLC*